THE STATE OF SOUTH CAROLINA

IN THE COURT OF COMMON PLEAS

COUNTY OF RICHLAND

Bertha Griffin

          Plaintiff(s)

v.

**UNITED STATES SMALL BUSINESS ADMINISTRATION,**
**MARTIN HARTER**, individually and in his official capacity
**DOMINIC NZARA**, individually and as the former registered agent of Minnesota Transportation Museum,
**WAYNE MERCHANT**, individually and as Executive Director of Minnesota Transportation Museum,

          Defendant(s)

**SUMMONS AND COMPLAINT**

To the above-named Defendants:

You are hereby summoned and required to serve upon Plaintiff, whose address is [608 E. Springs Road, Columbia, SC 29229], an Answer to the Complaint, which is served upon you with this Summons, within 30 days after service, exclusive of the day of service. If you fail to respond, judgment by default will be taken against you for the relief demanded in the Complaint.

**Plaintiff**, Bertha Griffin, a resident of Columbia, South Carolina, brings this action individually and pro se, alleging as follows:

**I. INTRODUCTION**

This action concerns a fraudulent Economic Injury Disaster Loan (EIDL) submitted to the U.S. Small Business Administration in August 2020 using Plaintiff's identity without her consent. Plaintiff alleges that her personal information was unlawfully misused, resulting in a $150,000 disbursement to the Minnesota Transportation Museum and purchase of real property. Plaintiff suffered financial, emotional, and reputational harm and seeks damages for each count.

## III. PARTIES

1. Plaintiff Bertha Griffin is a resident of Columbia, South Carolina, and brings this action individually and pro se. Plaintiff alleges that her identity was unlawfully used in connection with a fraudulent loan application submitted to the U.S. Small Business Administration.

2. Defendant United States Small Business Administration (SBA) is a federal agency headquartered in Washington, D.C., responsible for administering economic relief programs including the Economic Injury Disaster Loan (EIDL). The SBA is sued for its role in processing and disbursing the fraudulent loan.

3. Defendant Martin Harter is believed to be a Federal Loan Specialist or Underwriter employed by the SBA. Plaintiff alleges that Harter facilitated the fraudulent loan transaction and failed to exercise proper diligence.

4. Defendant Minnesota Transportation Museum is a nonprofit organization located in Saint Paul, Minnesota. Plaintiff alleges that the Museum fraudulently obtained an EIDL loan using Plaintiff's identity and used the proceeds to purchase real property.

5. Defendant Dominic Nzara is alleged to have served as the registered agent of the Minnesota Transportation Museum at the time the fraudulent loan was obtained. Plaintiff alleges that Nzara played a role in facilitating the loan application.

6. Defendant Wayne Merchant is the Executive Director of the Minnesota Transportation Museum. Plaintiff alleges that Merchant oversaw and authorized the use of Plaintiff's identity in the loan application and the subsequent use of funds.

## IV. JURISDICTION AND VENUE

Venue is proper in the Court of Common Pleas for Richland County, South Carolina, pursuant to S.C. Code § 15-7-30(C) and (D), because (i) Plaintiff is a resident of Richland County at the time the cause of action arose; (ii) the most substantial part of the alleged acts or omissions giving rise to the cause of action occurred in Richland County; and (iii) one or more Defendants are

nonresident individuals or foreign entities whose alleged conduct affected Plaintiff in Richland County.

## IV. FACTUAL ALLEGATIONS

1. Plaintiff is a resident of Columbia, South Carolina.
2. Plaintiff alleges a fraudulent application was submitted to the US Small Business Administration on August 18, 2020.
3. Plaintiff discovered the fraudulent activity upon receiving [describe how—e.g., an IRS notice of transcript request, denial of legitimate SBA application, credit report alert], which prompted further investigation into loan records, property transactions, and correspondence.
4. The application was submitted online by ELA.
5. Plaintiff alleges Martin Harter is a Federal Loan Specialist / Underwriter at US Small Business Administration.
6. Plaintiff alleges Martin Harter was the initiator of this action and the facilitator of all transactions pertaining to this loan.
7. Plaintiff alleges Wayne Merchant is the President of the Minnesota Transportation Museum currently and at the time of this fraudulent loan was obtained.
8. Plaintiff alleges Minnesota Transportation Museum (a nonprofit organization) under the leadership of Wayne Merchant fraudulently obtained an EIDL Loan in the Plaintiff's name in the amount of $150,000.00.
9. Plaintiff alleges Minnesota Transportation Museum under the leadership of Wayne Merchant used the proceeds of the fraudulent $150,000.00 EIDL loan to purchase the property at 1715 East Lake Street, Minnesota, MN 55407.
10. Plaintiff alleges Dominic Nzara was the registered agent of nonprofit Minnesota Transportation Museum at the time of this fraudulent loan was obtained.
11. Plaintiff obtained documentation indicating that Defendants coordinated the submission of falsified materials, including an altered IRS Form 4506-T, fraudulent tax return information, and misrepresented business credentials, to secure loan approval and fund disbursement.

12. As a result of the SBA's actions and omissions, Plaintiff suffered financial harm, and personal duress.

13. The SBA's conduct occurred primarily in Columbia, South Carolina, where Plaintiff resides.

---

## CAUSES OF ACTION AND DAMAGES

### 1. Identity Theft

Defendants unlawfully used Plaintiff's personal data to submit a loan application.
*State v. McKinney*, 383 S.C. 399, 680 S.E.2d 778 (Ct. App. 2009)

### 2. Fraudulent Misrepresentation

Defendants made false representations that induced SBA to issue loan funds.
*Turner v. Milliman*, 392 S.C. 116, 708 S.E.2d 766 (2011)

### 3. Civil Conspiracy
Defendants worked jointly to submit and process fraudulent claims.
*Pye v. Fox*, 369 S.C. 555, 633 S.E.2d 505 (2006)

### 4. Negligence

Defendant Harter failed to exercise proper diligence, enabling the fraud.
*Armstrong v. Food Lion*, 371 S.C. 271, 639 S.E.2d 50 (2006)

### 5. Violation of the False Claims Act (31 U.S.C. § 3729)

Defendants submitted false information to obtain federal funds.
*United States v. Tuomey Healthcare System*, 3:05-cv-02858 (D.S.C.)

---

## VI. PRAYER FOR RELIEF

Plaintiff requests the following relief:

1. Total monetary damages of **$350,000**, broken down as follows:

   Identity Theft - Damages Requested: $50,000

   Fraudulent Misrepresentation - Damages Requested: $75,000

   Civil Conspiracy - Damages Requested: $50,000

   Negligence - Damages Requested: $25,000

Violation of the False Claims Act (31 U.S.C. § 3729) - Damages Requested: $150,000

WHEREFORE, Plaintiff respectfully requests that this Court:

a. Enter judgment in favor of Plaintiff and against Defendant;

b. Award compensatory damages in the amount of $350,000.00;

c. Grant costs and expenses incurred in this action;

d. Award such other and further relief as the Court deems just and proper.

Plaintiff demands a trial by jury on all issues so triable.


Dated: [July 15, 2025]

Respectfully submitted,

*Bertha Griffin*

[Bertha Griffin]
Pro Se Plaintiff
[608 E. Springs Road]
[Columbia, SC 29223]
[Phone Number]
[sincerehealthcare@hotmail.com]